On an order for a bill of particulars becoming absolute against the plaintiff, the defendant may move for a rule that the plaintiff furnish a bill in so many days and pay the costs of the motion, or that judgment of non-pros be entered.

## MAY *against* RICHARDSON AND OTHERS.

ON the 30th September last, an order for a bill of particulars was made absolute against the plaintiff upon a regular order to show cause, and served on the agent of the plaintiff's attorney on the 9th October.

A motion was now made for judgment of non-pros; and that the plaintiff pay the costs of this motion.

*J. S. Tallmadge,* for the motion.

*A. C. Paige,* contra.

*Curia.* Upon an order for a bill of particulars absolute against the plaintiff, the defendant moves this Court, who make a rule for judgment of *non-pros*, *nisi.* As the party disobeying the order is in fault, it is reasonable that he should pay the costs of the motion. In this case, let the plaintiff deliver a bill in 20 days, and pay the costs of this motion or judgment of *non-pros* may be entered.

Rule accordingly.